UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTIAN MICHAEL FISHER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>WASHINGTON STATE<br>DEPARTMENT OF CORRECTIONS,<br><br>　　　　　　Defendant. | CASE NO. C19-5178 BHS<br><br>ORDER ADOPTING REPORT<br>AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 7. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Plaintiff's amended complaint is **DISMISSED** without prejudice; and

(3) The Clerk shall enter **JUDGMENT** and close this case.

Dated this 1st day of August, 2019.

_____
BENJAMIN H. SETTLE
United States District Judge